UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENTINE BENTON,<br><br>          Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,[1] Acting<br>Commissioner of Social Security,<br><br>          Defendant.<br>_____ | Case No. CV 12-7499 ODW(JC)<br><br>(PROPOSED)<br><br>ORDER ACCEPTING FINDINGS,<br>CONCLUSIONS, AND<br>RECOMMENDATIONS OF<br>UNITED STATES MAGISTRATE<br>JUDGE |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

     IT IS HEREBY ORDERED that (1) the decision of the Commissioner of Social Security is AFFIRMED; and (2) Judgment be entered accordingly.

///

///

---

    [1]Carolyn W. Colvin is substituted as Acting Commissioner of Social Security pursuant to Fed. R. Civ. P. 25(d).

1  IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
2  Report and Recommendation, and the Judgment on plaintiff and counsel for the
3  defendant.
4  LET JUDGMENT BE ENTERED ACCORDINGLY.

6  DATED: September 30, 2013

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE